United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ANGEL GARCIA ESPERICUETA, | § § § § § | |
| *Petitioner*, | § § | |
| vs. | § § | CIVIL ACTION NO. H-25-5587 |
| BRET BRADFORD, *et al.*, | § § § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this date, Jose Angel Garcia Espericueta's petition for writ of habeas corpus is **GRANTED in part**. Garcia-Espericueta shall be afforded a bond hearing within seven (7) days or be released from detention in accordance with the Court's orders in the Memorandum and Opinion.

This is a Final Judgment.

The Clerk shall provide a copy of this Final Judgment to the parties.

SIGNED at Houston, Texas on _____Dec 30_____, 2025.


_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE